IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUPEE ERNEST JOE | Case No. 3:18-cr-590-M |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUPEE ERNEST JOE | Case No. 3:21-cr-309-M |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

In this garnishment proceeding, the Court has under consideration Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 5, 2024 (ECF No. 43 in Case No. 3:21-cr-309-M and ECF No. 157 in Case No. 3:18-cr-590-M). No objections were filed. The Court has considered the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DENIES** Chupee Ernest Joe's Claim for Exemptions (ECF No. 35 in Case No. 3:21-cr-309-M). The Court **directs** the Clerk of Court to docket this Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge in both

*United States v. Chupee Ernest Joe*, 3:18-CR-590-M and *United States v. Chupee Ernest Joe*, 3:21-CR-309-M.

**SO ORDERED** this 28 day of March, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE